BACON, Appellant, v. SAYRE et al., Respondents. (Supreme Court, Appellate Division, Fourth Department. July 7, 1914.) Action by Francis Bacon, individually and as executor, etc., against Wellington K. Sayre and another, as executors, etc., and George E. Zartman, as trustee, etc. No opinion. Judgment affirmed, with costs. For opinion below, see 84 Misc. Rep. 462, 147 N. Y. Supp. 522.

BANDLER, Appellant, v. HILL et al., Respondents. (Supreme Court, Appellate Division, Second Department. June 26, 1914.) Action by David Bandler against John R. Hill and another. No opinion. Judgment (84 Misc. Rep. 359, 146 N. Y. Supp. 98) affirmed, with costs.

In re BARANOWSKI. (Supreme Court, Appellate Division, Fourth Department. July 7, 1914.) In the matter of the application of Francis A. Baranowski for admission to the bar. No opinion. Application granted.

BARNES, Respondent, v. MARTIN, Appellant. (Supreme Court, Appellate Division, Fourth Department. July 7, 1914.) Action by Charles P. Barnes against Richard P. Martin. No opinion. Judgment affirmed, with costs. For opinion below, see 143 N. Y. Supp. 792.

BARON v. ALBRIGHT et al. (Supreme Court, Appellate Division, First Department. June 5, 1914.) Action by Saul J. Baron against Andrew Albright, Jr., impleaded with others. No opinion. Motion denied, with $10 costs. Order filed. See, also, 147 N. Y. Supp. 1098.

BARRA, Respondent, v. JAMES STEWART & CO., Inc., Appellant. (Supreme Court, Appellate Division, Third Department. July 1, 1914.) Action by Thomas Barra against James Stewart & Co., Incorporated. No opinion. Judgment and order unanimously affirmed, with costs.

BARRY v. MULHALL. (Supreme Court, Appellate Division, First Department. April 9, 1914.) Action by Richard Barry against Martin M. Mulhall. No opinion. Motion to dismiss appeal granted, with $10 costs, unless appellant comply with terms stated in order. Order filed. See, also, 147 N. Y. Supp. 996.

BARTSCH v. WOODS. (Supreme Court, Appellate Division, First Department. July 10, 1914.) Action by Hans Bartsch against Al H. Woods. No opinion. Application denied, with $10 costs. Order signed. See, also, 148 N. Y. Supp. 4.

BASSETT, Respondent, v. RENSSELAER STONE CO., Appellant. (Supreme Court, Appellate Division, Third Department. July 1, 1914.) Action by Emma E. Bassett against the Rensselaer Stone Company.

PER CURIAM. Judgment modified, by adding thereto a provision that the defendant need not remove the fill, provided it makes the approach thereto on either side at a grade not to exceed 7 per cent., and, as so modified, affirmed, without costs. In case of a dispute whether the grade is properly and seasonably made, either party may apply at Special Term on the foot of the judgment for directions.

HOWARD and WOODWARD, JJ., vote for affirmance without modification.

BAYLES, Respondent, v. WAGNER, Appellant, et al. (Supreme Court, Appellate Division, Second Department. June 12, 1914.) Action by Thomas N. Bayles against Frederick J. Wagner, impleaded with others. No opinion. Judgment affirmed, with costs.

BEARDSLEY, Respondent, v. INTERBOROUGH RAPID TRANSIT CO., Appellant. (Supreme Court, Appellate Division, Second Department. June 9, 1914.) Action by Elmer E. Beardsley against the Interborough Rapid Transit Company. No opinion. Motion for stay denied, with $10 costs.

BEAUDRY v. McKINNON et al. (Supreme Court, Appellate Division, First Department. June 5, 1914.) Action by William A. Beaudry against John N. McKinnon and others. No opinion. Motion granted, and injunction continued, on plaintiff's giving an undertaking of $1,000 within five days after decision of this motion. Defendants to have leave to move to vacate stay, if appeal is not argued on June 12th. Settle order on notice. See, also, 148 N. Y. Supp. 1105.

BEAUDRY et al., Appellants, v. McKINNON et al., Respondents. (Supreme Court, Appellate Division, First Department. June 19, 1914.) Action by William A. Beaudry, in behalf of himself, etc., and another, against John W. McKinnon and others. H. B. Twombly, of New York City, for appellants. C. E. Rushmore, of New York City, for respondents. No opinion. Order affirmed, with $10 costs and disbursements. Order filed. See, also, 148 N. Y. Supp. 1105.

BEAUDRY et al. v. McKINNON et al. (Supreme Court, Appellate Division, First Department. July 10, 1914.) Action by William A. Beaudry and another against John N. McKinnon and others. No opinion. Motion denied, with $10 costs. Order filed. See, also, 148 N. Y. Supp. 1105.

In re BEDLE. (Supreme Court, Appellate Division, Second Department. June 24, 1914.) In the matter of the application of Joseph D. Bedle for admission to the bar. No opinion. Application granted.

BENJAMIN et al. v. BROWNSTEIN et al. (Supreme Court, Appellate Division, First Department. June 5, 1914.) Action by Ephraim Benjamin and others against Daniel J. Brownstein and others. No opinion. Application denied, with $10 costs. Order signed. See, also, 79 Misc. Rep. 84, 139 N. Y. Supp. 318.

148 N.Y.S.—70